UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

ROBERT MOULTON, JR.,

     Plaintiff,

v.

SOUTH BROWARD HOSPITAL
DISTRICT d/b/a MEMORIAL REGIONAL
HOSPITAL,

     Defendants,

_____/

## **NOTICE OF REMOVAL**

Defendant, SOUTH BROWARD HOSPITAL DISTRICT d/b/a MEMORIAL REGIONAL HOSPITAL ("Hospital"), by and through its undersigned attorneys, and pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446(a), herein removes this action from the Seventeenth Judicial Circuit in and for Broward County, State of Florida, as follows:

1. Robert Moulton, Jr., Plaintiff, has sued the Hospital for alleged injuries he suffered when his knee collapsed while attempting to hop into the Hospital's emergency room. (Amended Complaint, ¶¶ 3, 7). While Plaintiff's original Complaint alleged only state law claims, Plaintiff filed an Amended Complaint on May 16, 2025, alleging federal claims for the first time. Plaintiff's Amended Complaint alleges that upon arriving at the Hospital to seek emergency care for a serious ankle injury, he had called out to Hospital staff stationed outside the emergency room entrance for a wheelchair, but was ignored despite his visible distress. (*Id.*, ¶¶ 5-6). Plaintiff alleges he ultimately required surgery to repair damage to his left knee, along with continued treatment and rehabilitation (*Id.*, ¶ 8). Based on such underlying allegations, Plaintiff has asserted state law

1

claims for negligence (Count I) and premises liability (Count II) and federal claims for violation of the federal Emergency Medical Treatment and Labor Act (EMTALA), 42 U.S.C. § 1395dd (Count III) and for violation of his civil rights under 42 U.S.C. § 1983 (Count IV). As to Count IV, Plaintiff alleges specifically that the Hospital violated his Fourteenth Amendment rights in that it was deliberately indifferent to his serious medical needs and violated his substantive due process rights. (Amended Complaint, ¶¶ 23-24).

2.      Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the action, as the action presents a "federal question" and seeks to redress the alleged violations of Plaintiff's federally protected rights under the Fourteenth Amendment to the United States Constitution and 42 U.S.C. § 1983 and under the federal EMTALA statute, 42 U.S.C. § 1395dd. This Court has supplemental jurisdiction over the pendant state law claims pursuant to 28 U.S.C. § 1367(a).

3.      Pursuant to 28 U.S.C § 1441(a), the action is removable to this Court. A copy of all process, pleadings, and orders served upon Defendant, South Broward Hospital District d/b/a Memorial Regional Hospital, in such action are attached hereto as **Composite Exhibit "A"**.

Respectfully submitted, this 16th of June, 2025.

> **/s/** Jeffery R. Lawley____
>   Jeffery R. Lawley, Esq.
>   Florida Bar No. 0596027
>   jrl@bclmr.com
>   Billing, Cochran, Lyles, Mauro & Ramsey, P.A.
>   Counsel for Defendant, South Broward Hospital
>   District d/b/a Memorial Regional Hospital
>   Las Olas Square, Ste. 600
>   515 East Las Olas Blvd.
>   Fort Lauderdale, FL 33301
>   Office: 954-764-7150

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Filing electronically.

By: /s/ Jeffery R. Lawley
Florida Bar No. 0596027
jrl@bclmr.com

## <u>Service List</u>

<u>Via electronic mail to:</u>
KEITH R. HERBERT, ESQ.
Law Offices of Keith R. Herbert, P.A.,
*Counsel for Plaintiff*
7604 Hilton Head Drive, Suite 300
McKinney, Texas 75072
(214) 600-6800
email@herbertlawgroup.com
celeste@herbertlawgroup.com